DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Tel. (212) 909-6295
Edwin G. Schallert, *Pending Pro Hac Vice Application*

Local Counsel:
WONG FLEMING, P.C.
821 Alexander Road, Suite 150
P.O. Box 3663
Princeton, NJ 08543
Tel. (609) 951-9520
Fax (609) 951-0270
Daniel C. Fleming
Attorneys for Defendants Prudential Financial, Inc., John R. Strangfeld, Richard J. Carbone, Peter B. Sayre and Mark B. Grier

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRUDENTIAL FINANCIAL, INC., JOHN R. STANGFELD, RICHARD J. CARBONE, PETER B. SAYRE and MARK B. GRIER, <br><br> Defendants. | <u>CLASS ACTION</u> <br><br> CIVIL ACTION NO. 2:12-CV-05275 (SDW)(MCA) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel C. Fleming, of the law firm of Wong Fleming, P.C., in accordance with L. Civ. R. 101.1(c)(4), enter their appearance as local counsel for Defendants, Prudential Financial, Inc., John R. Strangfeld, Richard J. Carbone, Peter B. Sayre and Mark B. Grier, and readily agree to be responsible for filing papers; entering appearances for parties, signing stipulations; signing and receiving payment on judgments, decrees or orders; accepting service of all notices, orders and pleadings; and promptly notifying his or her specially admitted attorney of their receipt; and further agree to communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize our responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should counsel, admitted *pro hac vice*, fail to respond to any Court Order for appearance or otherwise.

WONG FLEMING, P.C.
Attorneys for Defendants
Prudential Financial, Inc., John R. Strangfeld, Richard J. Carbone, Peter B. Sayre and Mark B. Grier

Dated: September 18, 2012

/s/ Daniel Fleming
Daniel C. Fleming