# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRUDENTIAL FINANCIAL, INC., JOHN R. STANGFELD, RICHARD J. CARBONE, PETER B. SAYRE and MARK B. GRIER, <br><br> Defendants. | CLASS ACTION <br><br> CIVIL ACTION NO. 2:12-CV-05275 (SDW)(MCA) <br><br><br> STIPULATION TO EXTEND TIME OF DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT |

## RECITAL

1. The plaintiff has filed a securities fraud class action brought on behalf of purchasers of common stock of Prudential Financial, Inc. between May 5, 2010 and November 2, 2011.

2. Within 45 days after the entry of an order appointing the lead plaintiff and approving the lead plaintiff's counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act 15 U.S.C. Section 78u-4(a)(3)(B) (the "Lead Plaintiff Order"), the lead plaintiff shall (1) file and serve an amended or consolidated complaint, or (2) designate, on notice to the defendants, a previously filed complaint as the lead plaintiff's complaint (in either case, the "Operative Complaint").

3. Accordingly, to facilitate the management and proceedings of this action, the parties hereby stipulate to the following:

## STIPULATION

4. The time within which the defendants must respond to the presently pending complaint is stayed. The defendants will not respond to any complaint other than the Operative Complaint.

5. Upon the service or designation of the Operative Complaint, the defendants shall respond within 45 days.

6. If the defendants respond by filing a motion to dismiss, the lead plaintiff shall file any opposition within 45 days of service of the motion to dismiss. The defendants shall file any reply within 30 days of service of any opposition.

7. The plaintiff and the defendants contemplate that the time deadlines in this Stipulation will apply as well to all parties who are named, or may be named.

8. By entering into this Stipulation, neither the plaintiff nor the defendants waive any procedural or substantive defenses, rights or objections.

RESPECTFULLY SUBMITTED this 19th, day of September, 2012.

Peter S. Pearlman
Jeffrey W. Herrmann
Cohn Lifland Pearlman Herrmann &
　Knopf LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
*Attorneys for Plaintiff, City of Sterling Heights General Employees' Retirement System*

/s/ Peter S. Pearlman
Peter S. Pearlman

Shawn A. Williams
Robbins Geller Rudman & Dowd, LLP
Post Montgomery Street
Suite 1800
San Francisco, CA 94104
*Attorneys for Plaintiff, City of Sterling Heights General Employees' Retirement System*

Michael J. Vanokerbeke
Thomas C. Michaud
Vanoverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
*Attorneys for Plaintiff, City of Sterling Heights General Employees' Retirement System*

Darren J. Robbins
David C. Walton
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
*Attorneys for Plaintiff, City of Sterling Heights General Employees' Retirement System*

Edwin G. Schallert, *pending Pro Hac Vice Application*
Debevoise & Plimpton, LLP
New York, NY 10022
*Attorney for Defendants*

By Local Counsel:
Daniel C. Fleming
Wong Fleming, P.C.
821 Alexander Road, Suite 150
P.O. Box 3663
Princeton, NJ 08543
*Attorney for Defendants Prudential Financial, Inc., John R. Strangfeld, Richard C. Carbone, Peter B. Sayre and Mark B. Grier*

/s/ Daniel C. Fleming
Daniel C. Fleming

Dated: Sept 20th

Madeline Cox Arleo
United States Magistrate Judge