DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Tel. (212) 909-6295
Edwin G. Schallert, *Admitted Pro Hac Vice*

Local Counsel:
WONG FLEMING, P.C.
821 Alexander Road, Suite 150
P.O. Box 3663
Princeton, NJ 08543
Tel. (609) 951-9520
Fax (609) 951-0270
Daniel C. Fleming
*Attorneys for Defendants Prudential Financial, Inc.,
John R. Strangfeld, Richard J. Carbone, Peter B. Sayre
and Mark B. Grier*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., JOHN R. STANGFELD, RICHARD J. CARBONE, PETER B. SAYRE and MARK B. GRIER,<br><br>Defendants. | <u>CLASS ACTION</u><br><br>CIVIL ACTION NO. 2:12-CV-05275 (SDW)(MCA) |

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) <u>has been paid</u> to the Clerk of the Court.

                                                WONG FLEMING, P.C.
                                                Attorneys for Defendants
                                                Prudential Financial, Inc., John R. Strangfeld, Richard J. Carbone, Peter B. Sayre and Mark B. Grier

Dated: October 23, 2012                        /s/ Daniel C. Fleming
                                                Daniel C. Fleming

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:       Edwin G. Schallert

Address:    DEBEVOISE & PLIMPTON, LLP
                 919 Third Avenue
                 New York, NY 10022

E-mail:      egschallert@debevoise.com