COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>             Defendants. | No. 2:12-cv-05275-SDW-MCA<br><br>CLASS ACTION<br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on October 22, 2012 a copy of the foregoing MOTION OF THE NATIONAL SHOPMEN PENSION FUND, HEAVY & GENERAL LABORERS' LOCALS 472 & 172 PENSION ANNUITY FUNDS, AND ROOFERS LOCAL NO. 149 PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF NATIONAL SHOPMEN PENSION FUND, HEAVY & GENERAL LABORERS' LOCALS 472 & 172 PENSION ANNUITY FUNDS, AND ROOFERS LOCAL NO. 149 PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF

AND APPROVAL OF SELECTION OF COUNSEL; DECLARATION OF PETER S. PEARLMAN IN SUPPORT OF THE MOTION OF NATIONAL SHOPMEN PENSION FUND, HEAVY & GENERAL LABORERS' LOCALS 472 & 172 PENSION ANNUITY FUNDS, AND ROOFERS LOCAL NO. 149 PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; PROPOSED ORDER; and CERTIFICATION OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

        **COHN LIFLAND PEARLMAN**
        **HERRMANN & KNOPF LLP**
        PETER S. PEARLMAN

        /s/ *Peter S. Pearlman*
        A Member of the Firm