COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRUDENTIAL FINANCIAL, INC., et al., <br><br> Defendants. | No. 2:12-cv-05275-SDW-MCA <br><br> CLASS ACTION <br><br> **PROPOSED ORDER ALLOWING ARMEN ZOHRABIAN TO APPEAR AND PARTICIPATE _PRO HAC VICE_** |

THIS MATTER having been brought before the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for plaintiffs, and the Court having considered the matter, and for good cause shown;

IT IS on this 5 day of Dec 2012

ORDERED AS FOLLOWS:

1. ARMEN ZOHRABIAN, a member of the bar of the State of California, is hereby permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;

2. Mr. Zohrabian is hereby directed to:

   a. Abide by all disciplinary rules of this Court during the time of his *pro hac vice* admission;

   b. Notify the Court immediately of any matter affecting his standing at the Bar of any other court;

   c. Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

   d. Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against him or Cohn Lifland Pearlman Herrmann & Knopf LLP, that may arise out of his participation in this matter;

   e. Have all pleadings, briefs and other papers filed with the Court signed by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys of record for the plaintiff, whom shall be responsible for the conduct of the attorney admitted hereby; and

   f. Make a payment of $150 payable to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3).

_____
Magistrate Judge Madeline Cox Arleo