COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>                Defendants. | No. 2:12-cv-05275-SDW-MCA<br><br>CLASS ACTION<br><br><br><br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

   2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) <u>has been paid</u> to the Clerk of Court.

Dated: December 21, 2012          <u>*/s/ Peter S. Pearlman*</u>
                   Peter S. Pearlman

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:
Name:   Armen Zohrabian
Address:  Robbins Geller Rudman & Dowd LLP
      One Montgomery Street, Suite 1800
      San Francisco, CA 94104
E-Mail:   AZohrabian@rgrdlaw.com