COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>    Defendants. | No. 2:12-cv-05275-SDW-MCA<br><br>CLASS ACTION<br><br>NOTICE OF NON-OPPOSITION TO THE MOTION OF NATIONAL SHOPMEN PENSION FUND, HEAVY & GENERAL LABORERS' LOCALS 472 & 172 PENSION ANNUITY FUNDS, AND ROOFERS LOCAL NO. 149 PENSION FUND FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

On October 22, 2012, within 60 days of the publication of the requisite notice on August 22, 2012, class members National Shopmen Pension Fund, Heavy & General Laborers' Locals 472 & 172 Pension Annuity Funds, and Roofers Local No. 149 Pension Fund (the "Pension Funds") timely filed a Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel.  No other motions were filed and no opposition has been made to the Pension Funds' motion. Therefore, the Pension Funds' respectfully submit this notice to inform the Court that their motion is unopposed.

As set forth in their prior submission, the Pension Funds: (i) timely filed their motion; (ii) have the largest financial interest of any other movant in this action; and (iii) satisfy Federal Rule of Civil Procedure 23.

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, the Pension Funds are the "most adequate plaintiff" to lead this litigation on behalf of the class and their selection of lead counsel should be approved.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *see also Fitzgerald v. Citigroup Inc.*, No. 03 Civ. 4305 (DAB), 2004 U.S. Dist. LEXIS 5066, at *12-*13 (S.D.N.Y. Mar. 26, 2004) (granting unopposed lead plaintiff motion); *Martingano v. Am. Int'l Group, Inc.*, No. 06-CV-1625 (JG)(JMA), 2006 U.S. Dist. LEXIS 47855, at *10-*11 (E.D.N.Y. July 11, 2006) (same); *In re Symbol Techs. Sec. Litig.*, No. 05-CV-3923 (DRH)(JO), 2006 U.S. Dist. LEXIS 24776 (E.D.N.Y. Apr. 26, 2006) (same).

DATED:  February 28, 2013         COHN LIFLAND PEARLMAN
                                    HERRMANN & KNOPF LLP
                                  PETER S. PEARLMAN
                                  JEFFREY W. HERRMANN


                                         /s/ *Peter S. Pearlman*
                                  PETER S. PEARLMAN

                                  Park 80 West – Plaza One
                                  250 Pehle Avenue, Suite 401
                                  Saddle Brook, NJ  07663
                                  Telephone:  201/845-9600
                                  201/845-9423 (fax)

                                  [Proposed] Liaison Counsel for Plaintiff

                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                  SHAWN A. WILLIAMS
                                  Post Montgomery Center
                                  One Montgomery Street, Suite 1800
                                  San Francisco, CA  94104
                                  Telephone:  415/288-4545
                                  415/288-4534 (fax)

                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                  SAMUEL H. RUDMAN
                                  DAVID A. ROSENFELD
                                  58 South Service Road, Suite 200
                                  Melville, NY  11747
                                  Telephone:  631/367-7100
                                  631/367-1173 (fax)

                                  [Proposed] Lead Counsel for Plaintiff

- 3 -

SULLIVAN, WARD, ASHER &
PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff