COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>　　　　　　　Defendants. | No. 2:12-cv-05275-SDW-MCA<br><br>CLASS ACTION<br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on August 15, 2013 a copy of the foregoing LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT; and CERTIFICATION OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

                                        **COHN LIFLAND PEARLMAN**
                                        **HERRMANN & KNOPF LLP**
                                        PETER S. PEARLMAN

                                        /s/ *Peter S. Pearlman*
                                        A Member of the Firm