COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>   vs.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>  Defendants. | No. 2:12-cv-05275-SDW-MCA<br><br><u>CLASS ACTION</u><br><br>NOTICE OF LEAD PLAINTIFFS' MOTION TO COMPEL VERUS FINANCIAL LLC TO PRODUCE SUBPOENAED DOCUMENTS<br><br>MOTION DATE:  July 7, 2014 |

947463_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 7, 2014, the undersigned attorneys for plaintiffs, will move before the United States District Court, District of New Jersey, Martin Luther King Courthouse, 50 Walnut Street, Newark, NJ 07101 for an order, pursuant to Local Civil Rule 37.1(a)(1), compelling third party Verus Financial LLC to search for and produce documents responsive to plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated March 12, 2014.

PLEASE TAKE FURTHER NOTICE that plaintiffs will rely upon the declaration of Shawn A. Williams in support of this application.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

DATED:  June 6, 2014        COHN LIFLAND PEARLMAN
                              HERRMANN & KNOPF LLP
                            PETER S. PEARLMAN
                            JEFFREY W. HERRMANN


                                    /s/ Peter S. Pearlman
                            PETER S. PEARLMAN

947463_1

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel for Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
ARMEN ZOHRABIAN
SUNNY S. SARKIS
DAVID W. HALL
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER &
PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)

THOMAS J. HART
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW,
Suite 450
Washington, DC  20036
Telephone:  202/797-8700
202/234-8231 (fax)

- 2 -

- 3 -

> ANDREW F. ZAZZALI, JR.
> ZAZZALI, FAGELLA, NOWAK,
> KLEINBAUM & FRIEDMAN
> One Riverfront Plaza, Suite 320
> 1037 Raymond Boulevard
> Newark, NJ  07102
> Telephone:  973/623-1822
> 973/623-2209 (fax)
>
> Additional Counsel for Plaintiff