

Frank F. Velocci
973-549-7078 Direct
frank.velocci@dbr.com

*Law Offices*

1177 Avenue of the Americas
41ST Floor
New York, NY
10036-2714

212-248-3140 phone
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 17, 2014

<u>*Via CM/ECF*</u>

The Honorable Susan D. Wigenton
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *City of Sterling Heights General Employees' Retirement System, et al.
v. Prudential Financial, Inc.*
*Civil Action No.: 2-12-cv-05275*

Dear Judge Wigenton:

This firm represents non-party National Association of Insurance Commissioners ("NAIC"). We write to inform Your Honor that NAIC intends to request leave to file a brief of *amicus curiae* in support of non-party Verus Financial LLC's ("Verus") appeal from the Honorable Madeleine Cox Arleo, U.S.M.J.'s December 3, 2014 Order pursuant to Local Civil Rule 72.1(c), which was electronically filed today. It is our understanding that the insurance departments of those states that have acted, and continue to act, as lead states in the multistate examination of Prudential will also file a brief of *amicus curiae* in support of Verus's appeal. We anticipate filing the motion for leave, and we understand the lead states intend to submit their brief, no later than close of business, Monday, December 22.

Should Your Honor have any questions regarding the above, please do not hesitate to contact me.

Respectfully submitted,

Frank F. Velocci

FFV

cc: All Counsel of Record (via CM/ECF)

*Established 1849*

ACTIVE/ 78257439.1