UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br>            *Plaintiffs,*<br><br>       v.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>            *Defendants.* | Civil Action No. 12-5275<br><br>ORDER |

This matter having coming before the Court by way of (1) Lead Plaintiffs National Shopmen Pension Fund ("National Shopmen"), Heavy & General Laborers' Locals 472 & 172 Pension and Annuity Funds, and Roofers Local No. 149 Pension Fund (collectively, "Lead Plaintiffs") motion to certify a class, appoint National Shopmen as class representative, and appoint class counsel pursuant to Federal Rule of Civil Procedure 23 [Dkt. No. 133] and (2) Defendants Prudential Financial, Inc. ("Prudential"), John R. Strangfeld, Richard J. Carbone, and Mark B. Grier (collectively, "Defendants") motion to exclude the expert testimony of Lead Plaintiffs' expert [Dkt. No. 185];

for the reasons given in the accompanying opinion;

**IT IS** on this 31st day of August, 2015,

**ORDERED** that:

1. Defendants' motion to exclude the expert testimony of Lead Plaintiffs' expert [Dkt. No. 185] is hereby **DENIED**;

2. Lead Plaintiffs' motion to certify a class [Dkt. No. 133] is hereby **GRANTED**;

3. Pursuant to Federal Rule of Civil Procedure 23(b)(3), the following class is hereby certified:

> All persons or entities who purchased or otherwise acquired the publicly traded common stock of Prudential Financial, Inc. ("Prudential") between May 5, 2010 and November 4, 2011 (the "Class Period"), and who were damaged by Defendants' alleged violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934. Excluded from the Class are: (i) Prudential; (ii) John R. Strangfeld, Richard J. Carbone and Mark Grier (collectively the "Individual Defendants"); (iii) members of the families of each Individual Defendant; (iv) any entity in which any defendant has a controlling interest; (v) officers and directors of Prudential; and (vi) the legal representatives, heirs, successors or assigns of any such excluded party;

4. Consistent with this Court's prior order, Dkt. No. 21, National Shopmen Pension Fund is Class Representative and Robbins Gellar Rudman & Dowd LLP is Class Counsel.

                                                s/ *Madeline Cox Arleo*_____
                                                **MADELINE COX ARLEO**
                                                **UNITED STATES DISTRICT JUDGE**